No. 92–6259. ADAMS *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Petition for rehearing granted, and the order entered June 14, 1993 [508 U. S. 974], denying the petition for writ of certiorari is vacated. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sullivan* v. *Louisiana,* 508 U. S. 275 (1993).

No. 92–8656. AVAKIAN *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Granderson, ante,* p. 39.

No. 93–753. NORTH CAROLINA *v.* BRYANT; and NORTH CAROLINA *v.* WILLIAMS. Sup. Ct. N. C. Motions of respondents Marvin Earl Williams and Kenneth Michael Bryant for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Victor* v. *Nebraska, ante,* p. 1.

No. 93–6913. HILL *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Granderson, ante,* p. 39.

No. D–1338. IN RE DISBARMENT OF SACKS. Disbarment entered. [For earlier order herein, see 510 U. S. 1034.]

No. D–1341. IN RE DISBARMENT OF CULLEN. Disbarment entered. [For earlier order herein, see 510 U. S. 1035.]